UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Criminal No. 3:06CR64CFD |
| DENNIS PARIS, *et. als.* | May 17, 2006 |

## WAIVER OF SPEEDY TRIAL

The Defendant, Dennis Paris, pursuant to 18 U.S.C. 3161, waives his right to a speedy trial to accommodate the relief requested in the accompanying Motion to Continue and, specifically, requests that the time from May 17, 2006, to June 30, 2006, be excluded from speedy trial calculations .

_____

Dennis Paris

_____

Peter W. Hull (CT 17230)

Law Office of Peter W. Hull, LLC
714 Hopmeadow Street
Simsbury, CT 06070

860.651.4337