AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _Connecticut_

USA

v.

Paris

Deft's EXHIBIT ~~AND WITNESS~~ LIST

Case Number: 06CR64 CFD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| CFD | (enc) Gov'ts | Donovan |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-14-08 | Marshall | Dero |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 10-14-08 | ✓ | ✓ | Transcript - under seal |
|  | 2 | 10-14-08 | ✓ |  | Deft's sentencing exhibits |

United States District Court
District of Connecticut
FILED AT HARTFORD
Oct 14, 2008
Roberta D. Tabora, Clerk
By_____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages