# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :
    :    Criminal Docket No.
    :
    v.    :    3:06 CR 64 (CFD)
    :
    :
DENNIS PARIS    :


## RESTITUTION ORDER

The defendant, having been convicted of conspiracy to use an interstate facility to promote prostitution, in violation of sections 371 and 1952(a)(3) of Title 18 of the United States Code, sex trafficking of minors, in violation of section 1591 of Title 18 of the United States Code, sex trafficking by force, fraud, or coercion, in violation of section 1591 of Title 18 of the United States Code, and use of an interstate facility to promote, manage, and carry on prostitution, in violation of section 1952(a)(3) of Title 18 of the United States Code, is ORDERED as part of his sentence imposed by the Court on October 14, 2008 to make full restitution in the amount of  **$26,210.80** to Jennifer D., and **$19,906.00** to Melissa P.   Restitution is to be paid at the rate of $100.00 per month beginning during the defendant's period of supervised release.  Payments to Jennifer D. and Melissa P. shall be made to those individuals at the addresses maintained by the Clerk's Office for the District of Connecticut.


It is further ORDERED that the requirement for interest and penalties as provided in Title 18 U.S.C. §§ 3612(f)(3), 3612(d) and (e), and 3572(h) and (I), is WAIVED.

1

In determining the amount of restitution, the Court has considered the amount of loss sustained by the victim as a result of the offense, the financial resources and other assets of the defendant, the projected future earnings and other income of the defendant, and the current and projected future financial obligations of the defendant.  See 18 U.S.C. § 3664.

It is further ORDERED that the defendant shall notify the Court of any material change in his economic circumstances that might affect the defendant's ability to pay the restitution.


SO ORDERED this 16th day of October 2008, at Hartford, Connecticut.


/s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**